In the Matter of TERRENCE ROONEY, Respondent, v. MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant.—

Concur — Stevens, P. J., Capozzoli, Markewich, Kupferman and Tilzer, JJ.

JACK ROLAND, Doing Business as ROLAND TRAVEL AGENCY, Appellant, v. MARIAN J. HUBBARD, Respondent, et al., Defendants.—

Concur — Capozzoli, J. P., McGivern, Markewich, Nunez and McNally, JJ.